

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2019

No. 04-19-00345-CV

**IN THE INTEREST OF S.M.P.M. AND N.J.M., JR., CHILDREN**,
Appellant

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00964
Honorable Richard Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was originally due to be filed on July 9, 2019. On July 9, 2019, appellant filed a motion requesting an extension of time to file the brief to July 29, 2019. The motion is GRANTED. Given the time constraints governing the disposition of this appeal, **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2019.

Keith E. Hottle,
Clerk of Court